IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Westbrook, Alice L | Case Number: 04 B 46185 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed: 12/16/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 2, 2008
Confirmed: March 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 50,659.00 | |
| Secured: | | 20,250.00 |
| Unsecured: | | 25,130.66 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 2,488.86 |
| Other Funds: | | 789.48 |
| Totals: | 50,659.00 | 50,659.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Household Financial Corporation | Secured | 20,691.98 | 20,250.00 |
| 3. | American Express Travel Relate | Unsecured | 475.16 | 571.87 |
| 4. | American Express Travel Relate | Unsecured | 231.80 | 278.98 |
| 5. | ECast Settlement Corp | Unsecured | 409.06 | 492.31 |
| 6. | Household | Unsecured | 1,166.25 | 1,166.25 |
| 7. | American Express Centurion | Unsecured | 3,258.18 | 3,921.50 |
| 8. | ECast Settlement Corp | Unsecured | 685.12 | 824.57 |
| 9. | Resurgent Capital Services | Unsecured | 3,348.01 | 4,029.66 |
| 10. | ECast Settlement Corp | Unsecured | 2,505.78 | 3,015.91 |
| 11. | ECast Settlement Corp | Unsecured | 1,876.68 | 2,258.76 |
| 12. | ECast Settlement Corp | Unsecured | 2,416.36 | 2,416.36 |
| 13. | Specialized Management Consultants | Unsecured | 129.63 | 156.01 |
| 14. | ECast Settlement Corp | Unsecured | 4,983.83 | 5,998.48 |
| 15. | GE Capital Corporation | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 18. | Union Plus | Unsecured | | No Claim Filed |
| 19. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 20. | Menard's Inc | Unsecured | | No Claim Filed |
| 21. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| 22. | Saks Fifth Avenue | Unsecured | | No Claim Filed |
| | | | $ 44,177.84 | $ 47,380.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Westbrook, Alice L | Case Number: 04 B 46185 |
|---|---|
|  | Judge: Goldgar, A. Benjamin |
| Printed: 12/02/08 | Filed: 12/16/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 265.82 |
| 3% | 116.76 |
| 5.5% | 643.14 |
| 5% | 195.01 |
| 4.8% | 374.89 |
| 5.4% | 694.49 |
| 6.5% | 250.29 |
| 6.6% | (51.54) |
|  | $ 2,488.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

